UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00095 |
| | ) | JUDGE CAMPBELL |
| JESSIE WILLIAM DORTON | ) | |

ORDER

Pending before the Court is the Government's Motion to Dismiss Indictment (Docket No. 28). The Motion is GRANTED. The Indictment is dismissed without prejudice.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE